FILED
JUL 22 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CRIMINAL NO. 12-30291-GPM |
| vs. | ) | |
| | ) | |
| MARTIN L. EVANICK, | ) | |
| a/k/a "Vlad," | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF FACTS

The parties hereby stipulate that, if this case proceeded to trial, the Government would prove the following beyond a reasonable doubt.

1. On April 21, 2012, TM's mother contacted the Collinsville Police Department regarding a possible sexual assault on her 16 year old minor daughter, TM, by a 30 year old man, later identified as Defendant Evanick. TM later divulged that Evanick had also taken nude pictures of her using his HTC cellular telephone.

2. From approximately March 1 until April 21, 2012, TM stayed with a friend who lived next door to Evanick, in Collinsville, Illinois, within the Southern District of Illinois. TM would often visit Evanick at his house with her friend. TM stated that, on December 1, 2011, Evanick told her that he liked her but was unsure about it at that time. In January 2012, she told Evanick that she had a crush on him.

3. TM said that she and Evanick had sex five to six times. Each sexual encounter occurred at Evanick's residence. TM said that Evanick told her not to tell anyone, including her friend. In April 2012, TM recalled that Evanick took pictures of them engaged in oral sex, and that he also took nude pictures of her that exposed her naked genitalia. TM was 17 at the time the photographs were taken, a minor under federal law. Evanick was 30 years old at that time.

4.      In his first videotaped interview, Evanick denied ever having sexual intercourse with TM. Evanick told the officer that there would be no nude photos on his cellular telephone, which the officer seized. In a subsequent review of the contents of Evanick's cellular telephone, officers found four photos that involved TM. Two of the photos showed TM and Evanick engaged in a sexual act, and the other two photos were close-up pictures of TM's genitalia.

5.      The four photographs were later shown to TM who identified herself and Evanick in the photographs. All of the photographs were taken at the defendant's house in Collinsville, Illinois, within the Southern District of Illinois.

6.      In a second interview with FBI agents, Evanick admitted having a sexual relationship with TM, and that he knew she was 17 years old. He said that the two had sex five to seven times, and it was always at his house. Evanick also admitted to taking 2 photographs of him and TM engaged in a sex act. Evanick noted that there could be more photographs, but he could only remember these two photographs.

7.      Evanick's HTC cellular telephone was manufactured in Taiwan or China. Therefore, the images of TM were produced using materials that had been mailed, shipped or transported across state lines or in foreign commerce.

8. This stipulation of facts is intended only to provide the Court with a sufficient foundation to accept the defendant's guilty plea and is not necessarily an exhaustive account of the defendant's criminal activity.

**SO STIPULATED:**

_____  
MARTIN L. EVANICK  
Defendant

_____  
ANGELA SCOTT  
Assistant United States Attorney

_____  
MONROE MCWARD  
Attorney for Defendant

Date: 7/22/2013

Date: 7/22/13